# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Kimberly Starling**

        Plaintiff, | Case No. 4:21-cv-00688-O

v.

**David Allen Capital, Inc.,**

        Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

And now, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Kimberly Starling, by and through her attorneys, files the instant notice of voluntary dismissal of her claims asserted against Defendant David Allen Capital, Inc.

Respectfully submitted,

Dated: 07/24/2021

/s/ *Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, Pennsylvania 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: teamkimmel@creditlaw.com

## **CERTIFICATE OF SERVICE**

      I certify that on July 24, 2021, I electronically filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. Copy of the foregoing will also be sent to the Defendants by depositing a copy of same in the United States mail, postage prepaid, addressed as follows:

> David Allen Capital, Inc.
> c/o David Rutz
> 1015 Troon
> Highland, MI 48357
> david@davidallencapital.com

*/s/ Jacob U. Ginsburg*